## ATTACHMENT A

All right and interest in 2,500,000 shares of Series D Preferred Stock in Palantir Technologies held by Tarek OBAID (hereinafter **"PALANTIR STOCK"**).

# ATTACHMENT B

## MALAYSIAN LAW –

### SELECTED PROVISIONS OF THE MALAYSIAN PENAL CODE

**Section 166: Public servant disobeying a direction of the law, with intent to cause injury to any person**

Whoever, being a public servant, knowingly disobeys any direction of the law as to the way in which he is to conduct himself as such public servant, intending to cause, or knowing it to be likely that he will, by such disobedience, cause injury to any person, shall be punished with imprisonment for a term which may extend to one year or with fine or with both.

**Section 405: Criminal Breach of Trust**

Whoever, being in any manner entrusted with property, or with any dominion over property either solely or jointly with any other person, dishonestly misappropriates, or converts to his own use, that property, or dishonestly uses or disposes of that property in violation of any direction of law prescribing the mode in which such trust is to be discharged, or of any legal contract, express or implied, which he has made touching the discharge of such trust, or wilfully suffers any other person so to do, commits "criminal breach of trust."

**Section 409: Criminal breach of trust by public servant or agent**

Whoever, being in any manner entrusted with property, or with any dominion over property, in his capacity of a public servant or an agent, commits criminal breach of trust in respect of that property, shall be punished with imprisonment for a term which shall not be less than two years and not more than twenty years and with whipping, and shall also be liable to fine.

**Section 409A: Defence not available**

It is no defence for any offence prescribed in section 403, 404, 405, 406, 407, 408 and 409 to show that the property was openly appropriated or that the appropriation was duly recorded and entered in the books and accounts of any company or association or body of person whether incorporated or not.

**Section 409B: Presumption**

(1) Where in any proceeding it is proved—

    \*\*\*

    (b) for any offence prescribed in sections 405, 406, 407, 408 and 409, that any person entrusted with property or with dominion over property had—

        (i) misappropriated that property;

        (ii) used or disposed of that property in violation of any direction of law prescribing the mode in which such trust is to be discharged or of any legal contract, express or implied which he had made touching the discharge of such trust; or

        (iii) suffered any person to do any of the acts described in subparagraph (i) or (ii) above,

it shall be presumed that he had acted dishonestly until the contrary is proved.

**Section 415: Cheating**

Whoever by deceiving any person, whether or not such deception was the sole or main inducement,

    (a) fraudulently or dishonestly induces the person so deceived to deliver any property to any person, or to consent that any person shall retain any property; or

    (b) intentionally induces the person so deceived to do or omit to do anything which he would not do or omit to do if he were not so deceived and which act or omission causes or is likely to cause damage or harm to any person in body, mind,

reputation, or property,

is said to "cheat."

**Section 418: Cheating with knowledge that wrongful loss may be thereby caused to a person whose interest the offender is bound to protect**

Whoever cheats with the knowledge that he is likely thereby to cause wrongful loss to a person whose interest in the transaction to which the cheating relates, he was bound either by law, or by a legal contract, to protect, shall be punished with imprisonment for a term which may extend to seven years or with fine or with both.

**Section 420: Cheating and dishonestly inducing delivery of property**

Whoever cheats and thereby dishonestly induces the person deceived, whether or not the deception practiced was the sole or main inducement, to deliver any property to any person, or to make, alter, or destroy the whole or any part of a valuable security, or anything which is signed or sealed, and which is capable of being converted into a valuable security, shall be punished with imprisonment for a term which shall not be less than one year and not more than ten years and with whipping, and shall also be liable to fine.

**Section 21: "Public servant"**

The words "public servant" denote a person falling under any of the descriptions hereinafter following:

\*\*\*

(i) every officer whose duty it is, as such officer, to take, receive, keep or expend any property, on behalf of Government, or to make any survey, assessment, or contract on behalf of Government, or to execute any revenue process, or to investigate, or to report on any matter affecting the pecuniary interests of Government, or to make, authenticate, or keep any document relating to the pecuniary interests of Government, or to prevent

the infraction of any law for the protection of the pecuniary interests of Government, and every officer in the service or pay of Government, or remunerated by fees or commission for the performance of any public duty . . . .

Explanation 1

Persons falling under any of the above descriptions are public servants, whether appointed by the Government or not.

Explanation 2

Wherever the words "public servant" occur, they shall be understood of every person who is in actual possession of the situation of a public servant, whatever legal defect there may be in his right to hold that situation.

SELECTED PROVISIONS OF THE MALAYSIAN ANTI-CORRUPTION COMMISSION ACT OF 2009

**Section 16 – Offence of accepting gratification by any person**
Any person who corruptly solicits or receives or gives any gratification for himself or for any other person as an inducement doing or forbearing to do anything in respect of any matter commits an offence.

**Section 17 – Offence of giving or accepting gratification by an agent**
Any person being an agent corruptly accepts or obtains or gives or offers any gratification as an inducement for doing or forbearing to do any act in relation to his principal's affairs commits an offence.

**Section 23 – Offence of using office or position for gratification**

Any officer of the public body commits an offence when he uses his office or position for gratification when he makes any decision or takes any action whether for himself, his relative or associate in relation to any matter in which such officer or any relative or his associate, has interest whether directly or indirectly.

## ATTACHMENT C

UNITED ARAB EMIRATES LAW

FEDERAL LAW NO (3) OF 1987 ON ISSUANCE OF THE PENAL CODE

**Article (224):**  A prison term shall be inflicted upon any public official or person assigned to public service who misappropriates property held in his possession ex officio or by reason of his assignment.

**Article (225):**  A term of imprisonment shall be inflicted upon any public official or person assigned to public service who takes advantage of his position and unjustifiably embezzles the property of the State or the property that belongs to any of the authorities stated in Article (5) or facilitates this matter for other persons.

**Article (227):**  Punishment by term imprisonment shall be inflicted upon any public official or person assigned to public service who has been entrusted to safeguard the interest of the State, or any of the authorities stated in Article (5), in a transaction, operation, or case, and who willfully prejudices such an interest in order to gain advantage for himself or for another person.

**Article (228):**  A prison term shall be inflicted upon any public official or person assigned to public service who is concerned with the preparation, administration or performance of job contracts, supplies, works or contracts related to the State, or any of the authorities indicated in Article (5), who gains directly or through a mediator from any of said works, or obtains for himself or for another a commission on any matter pertaining to said works.

**Article (229):**  A prison term not exceeding five years shall be inflicted upon any one who willfully commits an act of fraud in performing all or some of the obligations

257

imposed upon him in a job, a supply contract, or other administrative contracts concluded with the Government or any of the authorities provided for in Article (5). . . .

**Article (5):** The following shall ipso jure be considered a public official:

1. Persons entrusted with the public authority and employees working in ministries and governmental departments.
2. Members of the Armed Forces.
3. Chairmen and members of the legislative, consultative and municipal councils.
4. Whoever is delegated by any of the public authorities to perform a specific assignment within the limits of the work entrusted to him.
5. Chairmen and members of board of directors, managers and all other employees working in associations and public corporations.
6. Chairmen and members of boards of directors and all other employees working in associations and public welfare institutions.

Whoever is not included in the categories stated in the preceding clauses and performs work connected with public service in accordance with instructions issued to him from a public official having the authority to give such an instruction according to prescribed laws or regulations, concerning the work assigned to him, shall be considered ipso jure to be entrusted with a public service.

**Article (399):** Detention or a fine shall be imposed upon any one who seizes, for himself or for another, a movable property, or obtains a document or signature thereon, cancellation or destruction thereof or amendment thereto by fraudulent means, or by assuming a false name or capacity, where such an act leads to deception of a victim and leads him to surrender. . . .

# ATTACHMENT D
### SWISS CRIMINAL CODE OF 21 DECEMBER 1937
### (Translated)

**Title Eleven: Forgery**

**Article 251**

1. Any person who with a view to causing financial loss or damage to the rights of another or in order to obtain an unlawful advantage for himself or another, produces a false document, falsifies a genuine document, uses the genuine signature or mark of another to produce a false document, falsely certifies or causes to be falsely certified a fact of legal significance or, makes use of a false or falsified document in order to deceive, is liable to a custodial sentence not exceeding five years or to a monetary penalty. . . .

# ATTACHMENT E

SINGAPORE PENAL CODE

CHAPTER 224

**Cheating**

**415.** Whoever, by deceiving any person, whether or not such deception was the sole or main inducement, fraudulently or dishonestly induces the person so deceived to deliver any property to any person, or to consent that any person shall retain any property, or intentionally induces the person so deceived to do or omit to do anything which he would not do or omit to do if he were not so deceived, and which act or omission causes or is likely to cause damage or harm to any person in body, mind, reputation or property, is said to "cheat".