DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
KYLE R. FREENY, Trial Attorney
JONATHAN BAUM, Trial Attorney
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W., 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 514-1263
  Email: Woo.Lee@usdoj.gov

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-4493
  Facsimile: (213) 894-7177
  Email: John.Kucera@usdoj.gov
         Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 17-4446 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |
| CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES, | |
| Defendants. | |

Pursuant to Local Rule 83-1.3.1, notice is hereby given that this case is related to the following pending cases:

1.   Case number CV 16-5362 DSF (PLAx), *United States v. The Wolf of Wall Street Motion Picture,* Including any Rights to Profits, Royalties and Distribution Proceeds owed to Red Granite Pictures, Inc. or its Affiliates and/or Assigns.

2.   Case number CV 16-5368 DSF (PLAx), *United States v. The Real Property Known as The Viceroy L'Ermitage Beverly Hills.*

3.   Case number CV 16-5369 DSF (PLAx) United States v. All Business *Assets of The Viceroy L'Ermitage Beverly Hills, Including All Chattels and Intangible Assets, Inventory, Equipment, and All Leases, Rents and Profits Derived Therefrom.*

4.   Case number CV 16-5377 DSF (PLAx) *United States v. Real Property located in Beverly Hills, California.*

5.   Case number CV 16-5371 DSF (PLAx) *United States v. Real Property Located in New York, New York.*

6.   Case number CV 16-5367 DSF (PLAx) *United States v. One Bombardier Global 5000 Jet Aircraft, Bearing Manufacturer's Serial Number 9265 and Registration Number N689WM, its Tools and Appurtenances, and Aircraft Logbooks.*

7.   Case number CV 16-5374 DSF (PLAx) *United States v. Real Property Located in New York, New York.*

8.   Case number CV 16-5378 DSF (PLAx) *United States v. Real Property located in Los Angeles, California.*

9.   Case number CV 16-5375 DSF (PLAx) *United States v. Real Property Located in New York, New York.*

10.   Case number CV 16-5364 DSF (PLAx) *United States v.* Any Rights to Profits, Royalties and Distribution Proceeds Owned by or Owed to JW Nile (BVI) Ltd., JCL Media (EMI Publishing Ltd), and/or Jynwel Capital Ltd, Relating to EMI Music Publishing Group North America Holdings, Inc., and D.H. Publishing L.P., Inc. and D.H. Publishing L.P.

11.     Case number CV 16-5370 DSF (PLAx) *United States v. All Right to and Interest in Symphony CP (Park Lane) LLC, Held or Acquired, Directly or Indirectly, by Symphony CP Investments LLC and/or Symphony CP Investments Holdings LLC, Including Any Interest Held or Secured by the Real Property and Appurtenances Located at 36 Central Park South, New York, New York, Known as The Park Lane Hotel, Any Right to Collect and Receive Any Profits and Proceeds Therefrom, and Any Interest Derived From the Proceeds Invested in The Symphony CP (Park Lane) LLC by Symphony CP Investments LLC and Symphony CP (Park Lane) LLC.*

12.     Case number CV 16-5376 DSF (PLAx) *United States v. United States v. Real Property Located in New York, New York.*

13.     Case number CV 16-5379 DSF (PLAx) *United States v. Real Property located in Beverly Hills, California.*

14.     Case number CV 16-5366 DSF (PLAx) *United States v. One pen and ink drawing by Vincent Van Gogh titled "La maison de Vincent a Arles";One painting by Claude Monet titled "Saint-Georges Majeur"; €25,227,025.83 Euros held in an escrow account at UBS, S.A. in Switzerland constituting the proceeds of the sale of a painting by Claude Monet titled "Nympheas".*

15.     Case number CV 16-5380 DSF (PLAx) *United States v Real Property in London, United Kingdom, owned by Qentas Holdings.*

16.     Case number CV 17-4240 DSF (PLAx) *United States v. Real Property in London, United Kingdom owned by Stratton Street (London) Ltd.*

17.     Case number CV 17-4242 DSF (PLAx) *United States v. Real Property in London, United Kingdom owned by Seven Stratton Street (London) Ltd.*

/ / /

/ / /

/ / /

/ / /

/ / /

18.     Case number CV 17-4244 DSF (PLAx) *United States v. Real Property in London, United Kingdom owned by Eight Nine Stratton Street (London) Ltd.*

Dated: June 15, 2017                       Respectfully submitted,

                                           DEBORAH CONNOR
                                           Acting Chief, MLARS

                                           SANDRA R. BROWN
                                           Acting United States Attorney


                                             /s/ *John J. Kucera*
                                           JOHN J. KUCERA
                                           CHRISTEN A. SPROULE
                                           Assistant United States Attorneys

                                           WOO S. LEE
                                           Deputy Chief, MLARS
                                           KYLE R. FREENY
                                           JONATHAN BAUM
                                           Trial Attorneys, MLARS

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA