# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br>Certain Rights To and Interests In Shares of Series D Preferred Stock in Palantir Technologies<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:17-cv-04446 JFW(FFMx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_June 15, 2017_          Dale S. Fischer          _/s/ Dale S. Fischer_
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____          United States District Judge
Date

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _2:15-cv-01899 DSF(VBKx)_ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Mumm_ to Magistrate Judge _Abrams_.

On all documents subsequently filed in this case, please substitute the initials _DSF(PLAx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:17-cv-04446 DSF(PLAx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (10/16)   **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)**