1  Andrew A. Wood (SBN 279403)
   awood@bakerlaw.com
2  BAKER & HOSTETLER LLP
   600 Anton Blvd., Suite 900
3  Costa Mesa, CA 92626
   Telephone:  714.754.6600
4  Facsimile:   714.754.6611

5  Jonathan R. Barr (*pro hac vice* pending)
   jbarr@bakerlaw.com
6  David B. Rivkin, Jr. (*pro hac vice* pending)
   drivkin@bakerlaw.com
7  BAKER & HOSTETLER LLP
   1050 Connecticut Avenue, NW
8  Washington, D.C. 20036
   Telephone:  202.861.1500
9  Facsimile:   202.861.1783

10 Jonathan B. New (*pro hac vice* pending)
   jnew@bakerlaw.com
11 BAKER & HOSTETLER LLP
   45 Rockefeller Plaza
12 New York, NY  10111
   Telephone:  212.589.4200
13 Facsimile:   212.589.4201

14 *Attorneys for Claimant*
   *Tarek Obaid*
15

16
17              **IN THE UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

19                    **LOS ANGELES DIVISION**

20
   UNITED STATES OF AMERICA,              Case No.: 2:17-cv-04446-DSF-PLA
21                                        Hon. Dale S. Fischer
               Plaintiff,
22                                        **VERIFIED CLAIM AND**
           v.                             **STATEMENT OF INTEREST OF**
23                                        **CLAIMANT TAREK OBAID**
   CERTAIN RIGHTS TO AND
24 INTERESTS IN SHARES OF SERIES
   D PREFERRED STOCK IN
25 PALANTIR TECHNOLOGIES,

26             Defendant.

27
28

By and through his undersigned counsel, Claimant Tarek Obaid submits this verified claim and statement of interest for the above captioned defendant property pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"):

1.    The specific property claimed is all right and interest in 2,500,000 shares of Series D Preferred Stock in Palantir Technologies held by Tarek Obaid ("Palantir Stock").[1]

2.    Claimant, Tarek Obaid, is the owner of record of the Palantir Stock, which is issued in his name.

3.    Accordingly, Claimant asserts a claim to, and interest in, the Palantir Stock and contests its forfeiture.

4.    Pursuant to Supplemental Rule 8(E), Claimant and his representatives appear before this Court for the limited purpose of asserting and defending this claim.  Their appearance does not constitute an appearance for any other purpose

---

[1]  The Government's Verified Complaint for Forfeiture *In Rem* (the "Verified Complaint") refers to "2,500,000 shares of Series D Preferred Stock in Palantir Technologies."   On information and belief, the 2,500,000 shares of Series D Preferred Stock that the Government seeks to forfeit are actually in "Palantir Technologies Inc."  Nothing in this Verified Claim and Statement of Interest is intended to waive any rights to challenge the sufficiency of the allegations in the Verified Complaint, including but not limited to, the identity of the property sought to be forfeited.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

1    nor consent to the jurisdiction of this Court or any other court.

2

3    Dated:  July 19, 2017                    Respectfully submitted,

4

5                                              BAKER & HOSTETLER LLP
                                               *Attorneys for Claimant Tarek Obaid*
6

7                                              By:   */s/ Andrew A. Wood*
                                                     Andrew A. Wood
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

1

## **VERIFICATION**

2

3      I, Tarek Obaid, declare that I have read the foregoing Verified Claim and

4   Statement of Interest.   I declare under penalty of perjury under the laws of the

5   United States of America that the foregoing is true and correct.

6

7   EXECUTED ON:  July 17, 2017

8

9

10                                          Tarek Obaid

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

## CERTIFICATE OF SERVICE

I certify that on July 19, 2017, I filed and served the foregoing via the Court's CM/ECF system.  I also certify that on July 19, 2017, I served by mail, via overnight delivery, a true and correct copy of the foregoing to the following:

John J. Kucera
Jonathan Galatzan
Assistant United States Attorneys
Central District of California
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, CA 90012

Woo S. Lee
Barbara Y. Levy
U.S. Department of Justice
Criminal Division – MLARS
1400 New York Avenue NW, 10th Floor
Washington, DC 20005

Dated:  July 19, 2017

By:   */s/ Andrew A. Wood*
Andrew A. Wood