| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES,<br><br>Defendant. | Case No.: 2:17-cv-04446-DSF-PLA<br>Hon. Dale S. Fischer<br><br>**DECLARATION OF WILLIAM GARCIA IN SUPPORT OF CLAIMANT TAREK OBAID'S MOTION TO DISMISS PURSUANT TO RULES 12(B)(2) AND 12(B)(3)** |

2  I, William Garcia, do hereby declare and state:

3  1.  I am Master of Arts in Business Administration and licensed to work in Switzerland. I am over 18 years of age and am fully competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

6  2.  I am a citizen and resident of Switzerland.

7  3.  Today I personally viewed in Zurich, Switzerland original stock certificate number PD-88 issued in the name of Tarek Obaid by Palantir Technologies Inc., for 2,500,000 shares of Series D Preferred stock of Palantir Technologies Inc. The stock certificate is dated March 12, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 11, 2017

Zurich, Switzerland

_____
William Garcia