ANDREW A. WOOD (SBN 279403)
awood@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626
Telephone:  714.754.6600
Facsimile:   714.754.6611

DAVID B. RIVKIN, JR. (*pro hac vice*)
drivkin@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  202.861.1500
Facsimile:   202.861.1783

(Additional counsel listed after caption)

*Attorneys for Claimant*
*TAREK OBAID*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cv-04446-DSF-PLA |
| Plaintiff, | **DECLARATION OF JONATHAN B. NEW IN SUPPORT OF CLAIMANT TAREK OBAID'S MOTION TO STRIKE PORTIONS OF VERIFIED COMPLAINT IN REM PURSUANT TO RULE 12(F)** |
| v. | |
| CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES, | |
| Defendant. | Hearing Date: November 13, 2017<br>Time: 1:30 p.m.<br>Judge: Hon. Dale S. Fischer<br>Courtroom: 7D |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

(Additional Counsel of Record)

2

JONATHAN R. BARR (*pro hac vice*)

3

jbarr@bakerlaw.com
ELIZABETH PRICE FOLEY

4

efoley@bakerlaw.com (*pro hac vice* pending)
BAKER & HOSTETLER LLP

5

1050 Connecticut Avenue, NW
Washington, D.C. 20036

6

Telephone:  202.861.1500
Facsimile:   202.861.1783

7

JONATHAN B. NEW (*pro hac vice*)

8

jnew@bakerlaw.com
BAKER & HOSTETLER LLP

9

45 Rockefeller Plaza
New York, NY  10111

10

Telephone:  212.589.4200
Facsimile:   212.589.4201

11

*Attorneys for Claimant*

12

*TAREK OBAID*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Baker & Hostetler LLP
ATTORNEYS AT LAW
LOS ANGELES

### DECLARATION OF JONATHAN B. NEW

I, Jonathan B. New, declare as follows:

1.   I am a partner at the firm of Baker & Hostetler LLP, counsel for Claimant Tarek Obaid in the above-captioned matter.

2.   I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* to this Court to appear in this matter.

3.   I make this declaration in support of Mr. Obaid's motion to strike pursuant to Fed. R. Civ. P. 12(f). Other than matters stated on information and belief, I make this declaration upon personal knowledge.

4.   Attached hereto as Exhibit A is a true and correct copy of the complaint filed in the above-captioned action with the portions that Claimant seeks to strike highlighted in yellow.

5.   Attached hereto as Exhibit B is, upon information and belief, the document referred to in the Government's Complaint as the Joint Venture Agreement ("JVA") between 1MDB and PetroSaudi, executed on or about September 28, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: October 11, 2017

Respectfully Submitted,

_____
Jonathan B. New

1