DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
JONATHAN GALATZAN (CBN: 190414)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-2727
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov
        Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 17-04446-DSF (PLAx) |
| Plaintiff, | NOTICE OF EXECUTION OF PROCESS OF WARRANT FOR ARREST IN REM |
| v. | |
| CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES, | |
| Defendants. | |

PLEASE TAKE NOTICE that plaintiff, United States of America, executed process and served a copy of the WARRANT FOR ARREST IN REM and the VERIFIED COMPLAINT FOR FORFEITURE *IN REM* upon receiving parties at Palantir Technologies.  In this action, the United States seeks to forfeit certain rights to and interests in shares of Series D preferred stock in Palantir Technologies.

Supplemental Rule E(4)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions states in part that "if intangible property is to be attached or arrested the marshal or other person or organization having the warrant shall execute the process by leaving with the garnishee or other obligor a copy of the complaint and process . . .."  Federal Bureau of Investigation Special Agent Jeffrey Coleman executed the process by electronic service on October 10, 2017.

Plaintiff now files the e-mail sent to counsel for Palantir Technologies as Exhibit A in which the government delivered to Palantir Technologies a copy of the WARRANT FOR ARREST *IN REM* and the

/ / /

/ / /

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, and the responding e-mail from Palantir Technologies' counsel confirming service of these documents attached as Exhibit B.

Dated: October 12, 2017

Respectfully submitted,

DEBORAH CONNOR
Acting Chief, MLARS

SANDRA R. BROWN
Acting United States Attorney

/s/John J. Kucera
JOHN J. KUCERA
JONATHAN GALATZAN
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, MLARS
JONATHAN BAUM
BARBARA LEVY
Trial Attorneys, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA