ANDREW A. WOOD (SBN 279403)
awood@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626
Telephone:  714.754.6600
Facsimile:   714.754.6611

DAVID B. RIVKIN, JR. (*pro hac vice*)
drivkin@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  202.861.1500
Facsimile:   202.861.1783

(Additional counsel listed after caption)

*Attorneys for Claimant*
*TAREK OBAID*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES,<br><br>Defendant. | Case No.: 2:17-cv-04446-DSF-PLA<br>Hon. Dale S. Fischer<br><br>**CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS**<br><br>Complaint Served: 7/18/2017<br><br>Current Response Date: 10/11/2017<br><br>New Response Date: 10/18/2017 |

CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC*
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE
LIMITATIONS

(Additional Counsel of Record)

JONATHAN R. BARR (*pro hac vice*)
jbarr@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

JONATHAN B. NEW (*pro hac vice*)
jnew@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

*Attorneys for Claimant*
TAREK OBAID

CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS

# *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR <u>MODIFICATION OF PAGE LIMITATIONS</u>

TO THE HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE, AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Claimant Tarek Obaid ("Claimant"), by and through his attorneys of record, respectfully submits this *ex parte* application pursuant to Local Rules 7-19, 8-3, and 11-6 for an extension of time *nunc pro tunc* to answer or otherwise respond to the government's 248-page, 958-paragraph complaint allowing him until Wednesday, October 18, 2017 to file a single consolidated motion to dismiss. In addition, Claimant respectfully requests leave to file a thirty-five page memorandum of points and authorities in support of his consolidated motion. In support of this application, Claimant represents as follows:

1. The government commenced this *in rem* forfeiture action by complaint filed on June 15, 2017 and it is one of more than thirty similar actions.

2. The allegations in the complaint span a period of five years and involve numerous "phases," financial transactions, individuals and properties.

3. On October 11, 2017, Claimant, in good faith, timely filed separate motions: (i) to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3); (ii) to strike portions of the complaint pursuant to Fed. R. Civ. P. 12(f); and (iii) to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

4. On October 12, 2017, the Court ordered that these documents be stricken and that Claimant file a single motion.

5. Claimant requires an extension of time to prepare and formulate a comprehensive consolidated response to the 248-page complaint filed by the government. In addition, given the myriad issues to be addressed in the anticipated consolidated motion, including lack of jurisdiction and venue and failure to state a

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

claim for relief, Claimant respectfully requests permission to file a consolidated memorandum of points and authorities in excess of the twenty-five page limit set by Local Rule 11-6 and this Court's Standing Order by ten pages, for a total of thirty-five pages.

6. Claimant submits that good cause exists for the relief requested herein.

  a. First, as noted above, the complaint is voluminous, including numerous allegations that have no relation to this defendant property. Additional time and pages are required to formulate a comprehensive response to the wide-ranging complaint.

  b. Second, the issues in this proceeding are complex. For instance, as the Court has previously noted, there are serious questions about jurisdiction and the propriety of venue in the Central District of California. *See, e.g. United States v. All Right to and Interest Held or Secured by the Real Property Located in New York, New York Known as the Park Lane Hotel*, 16-cv-5370 DSF (PLAx), ECF No. 129 (Feb. 21, 2017) (describing the government's arguments with respect to jurisdiction and venue as "not as clear as the government would like to suggest"); *United States v. One Pen and Ink Drawing by Vincent Van Gogh*, 16-cv-5366 DSF (PLAx), ECF No. 66 (Sept. 27, 2017) (denying entry of default judgment because "in granting default judgment, the Court would have to implicitly or explicitly make a finding that it have jurisdiction and that the complaint states a claim for forfeiture" and noting the benefit to be gained by hearing from the opposition). Given the importance of such threshold issues, Claimant submits that the parties and the

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS

611501551.1

Court will benefit from comprehensive analysis of these issues, thoroughly briefed by the parties.

    c. Finally, counsel for Claimant has conferred in good faith with counsel for the government pursuant to L. R. 7-3. Following a lengthy, in-person conference, the government declined to modify or amend its complaint or consent to striking any portion thereof. Consequently, the necessity of moving to strike and/or dismiss in light of the deficiencies in the complaint is unavoidable.

7. Counsel for Claimant has conferred with counsel for the government. Counsel does not oppose Claimant's request for an extension of time, but takes no position on Claimant's request for modification of the page limitation.

8. This is the third request for an extension of time, the prior requests having been made by stipulation of the parties.

9. Counsel for the government are being informed by e-mail that any opposition is due within 24 hours of service.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS

611501551.1

4

CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS

611501551.1

## CONCLUSION

For the foregoing reasons, Claimant respectfully submits that good cause exists for an extension of time *nunc pro tunc* until Wednesday, October 18, 2017 to respond to the complaint and for a modification of the page limitations to allow for briefing of up to thirty-five pages.

Dated: October 12, 2017   Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ David B. Rivkin, Jr.*
ANDREW A. WOOD
DAVID B. RIVKIN, JR.
JONATHAN R. BARR
JONATHAN B. NEW

Attorneys for Claimant

TAREK OBAID

5
CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS

611501551.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *CLAIMANT TAREK OBAID'S EX PARTE APPLICATION FOR EXTENSION OF TIME NUNC PRO TUNC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS* was electronically field on October 12, 2017, with the Clerk of the Court using the CM/ECF system thereby sending a notice of electronic filing to all counsel of record. In addition, I hereby certify that a true and correct copy of the foregoing was served by e-mail on John Kucera, Jonathan Galatzan, Woo S. Lee, and Barbara Y. Levy.

_____

By: */s/ David B. Rivkin, Jr.*
DAVID B. RIVKIN, JR.

6
CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS

611501551.1