ANDREW A. WOOD (SBN 279403)
awood@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626
Telephone: 714.754.6600
Facsimile: 714.754.6611

DAVID B. RIVKIN, JR. (*pro hac vice*)
drivkin@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

(Additional counsel listed after caption)

*Attorneys for Claimant*
*TAREK OBAID*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES,<br><br>Defendant. | Case No.: 2:17-cv-04446-DSF-PLA<br>Hon. Dale S. Fischer<br><br>**DECLARATION OF JONATHAN R. BARR IN SUPPORT OF CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

(Additional Counsel of Record)

JONATHAN R. BARR (*pro hac vice*)
jbarr@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

JONATHAN B. NEW (*pro hac vice*)
jnew@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

*Attorneys for Claimant*
*TAREK OBAID*

## DECLARATION OF JONATHAN R. BARR

I, Jonathan R. Barr, declare as follows:

1. I am a partner at the firm of Baker & Hostetler LLP, counsel for Claimant Tarek Obaid in the above-captioned matter.

2. I am a member in good standing of the bar of the State of Virginia and the District of Columbia and am admitted *pro hac vice* to this Court to appear in this matter.

3. I make this declaration in support of Mr. Obaid's *ex parte* application for extension of time *nunc pro tunc* to answer or otherwise respond to complaint and for modification of page limitations and adopt the reasons supporting the application contained therein.

4. The Court has previously approved two previous stipulations extending the time to answer or respond to the complaint.

5. On October 12, 2017, I conferred by telephone and email with Assistant United States Attorney John Kucera. I notified Mr. Kucera of Mr. Obaid's intention to apply *ex parte* for the relief contained in this application. Mr. Kucera advised that the government does not object to Mr. Obaid's request for an extension of time, but takes no position on his request for modification of page limitations.

6. The names, addresses, telephone numbers and email addresses of the government's counsel are:

John Kucera

Jonathan Galatzan

Office of U.S. Attorney

Asset Forfeiture Section

312 North Spring Street 14th Floor

Los Angeles, CA 90012

213-894-3391 (Kucera)

213-894-2727 (Galatzan)

john.kucera@usdoj.gov

jonathan.galatzan@usdoj.gov

Woo S. Lee

Barbara Y. Levy

U.S. Department of Justice

Criminal Division – MLARS

1400 New York Avenue NW, 10th Floor

Washington, DC 2005

202-598-2249 (Lee)

202-353-9759 (Levy)

woo.lee@usdoj.gov

barbara.levy@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: October 12, 2017

Respectfully Submitted,

_____
Jonathan R. Barr

2