**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES,<br><br>　　　　Defendant. | Case No.: 2:17-cv-04446-DSF-PLA<br>Hon. Dale S. Fischer<br><br>**[PROPOSED] ORDER GRANTING CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR MODIFICATION OF PAGE LIMITATIONS** |

The Court has reviewed Claimant Tarek Obaid's Application for Extension of Time *Nunc Pro Tunc* To Answer or Otherwise Respond to Complaint and For Modification of Page Limitation and finds good cause that the application is warranted. Accordingly, it is hereby **ORDERED** that the application is granted. Claimant shall file a single responsive pleading or motion to dismiss no later than October 18, 2017 and shall exceed no more than thirty-five pages his supporting memorandum of points and authorities.

**IT IS SO ORDERED.**

DATED:_____    _____
                                   Honorable Dale S. Fischer
                                   United States District Judge