BAKER & HOSTETLER LLP
Elizabeth Price Foley (*pro hac vice* pending)
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America,

                     Plaintiff(s),

v.

Certain Rights to and Interests in Shares of Series D Preferred Stock in Palantir Technologies,

                     Defendant(s).

CASE NUMBER

2:17cv-04446-DSF-PLA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Foley, Elizabeth Price
*Applicant's Name (Last Name, First Name & Middle Initial*
202.861.1500       202.861.1783
*Telephone Number*      *Fax Number*
efoley@bakerlaw.com
*E-Mail Address*

of

Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, D.C. 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tarek Obaid

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Interested Party

**and designating as Local Counsel**

Wood, Andrew A.
*Designee's Name (Last Name, First Name & Middle Initial*
279403      714.754.6600      714.754.6611
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
awood@bakerlaw.com
*E-Mail Address*

of

Baker & Hostetler LLP
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
     ☐ for failure to pay the required fee.
     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
     ☐ for failure to complete Application: _____
     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded. ☐ not be refunded.

**Dated: October 13, 2017**

*/s/ Dale S. Fischer*

**U.S. District Judge/U.S. Magistrate Judge**