NOTE CHANGES BY COURT

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES,<br><br>Defendant. | Case No.: 2:17-cv-04446-DSF-PLA<br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING CLAIMANT TAREK OBAID'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND DENYING MODIFICATION OF PAGE LIMITATIONS** |

The Court has reviewed Claimant Tarek Obaid's Application for Extension of Time *Nunc Pro Tunc* To Answer or Otherwise Respond to Complaint and For Modification of Page Limitation and finds good cause that the application is warranted. Accordingly, it is hereby **ORDERED** that the application is granted in part. Claimant shall file a single responsive pleading or motion to dismiss no later than October 18, 2017 and shall exceed no more than twenty-five pages his supporting memorandum of points and authorities.

**IT IS SO ORDERED.**

DATED: 10/16/17

_____
Honorable Dale S. Fischer
United States District Judge