DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL SEW-HOY (CBN: _____)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-2727
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>              v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES,<br><br>          Defendants. | No. CV 17-4446 DSF (PLAx)<br><br>STIPULATION AND JOINT REQUEST TO CONTINUE HEARINGS ON GOVERNMENT'S MOTION TO STAY AND CLAIMANT'S MOTION TO DISMISS AND STRIKE<br><br>Current Dates:<br>Stay – 6/11/18<br>Dismiss and Strike – 7/9/18<br><br>Proposed New Dates:<br>Stay – 7/16/18;<br>Dismiss and Strike – 8/13/18 |

By the signatures of their counsel hereunder, the United States and Claimant Tarek Obaid ("Claimant") respectfully stipulate and request that the United States' Motion for Order Staying Civil Forfeiture Proceedings for All Purposes Except the Filing of Timely Claims and Answers ("Motion to Stay"), which is currently noticed for hearing on June 11, 2018, be re-noticed for July 16, 2018, and Claimant's Motion to Dismiss Verified Complaint In Rem Pursuant to Rules 12(B)(2), 12(B)(3) and 12(B)(6) and Motion to Strike Pursuant to Rule 12(F) ("Motion to Dismiss and Strike"), which is currently set for July 9, 2018, be continued to August 13, 2018.

WHEREAS, this action was filed on June 15, 2017 against the Defendant Asset;

WHEREAS, Claimant filed a Verified Claim and Statement of Interest in this action asserting his interest in the Defendant Asset on July 19, 2017;

WHEREAS, Claimant filed a Motion to Dismiss and Strike on October 18, 2017;

WHEREAS, the United States filed a Motion to Stay the instant action on November 8, 2017, which Claimant filed an opposition to on November 20, 2017;

WHEREAS, the Court on March 19, 2018, directed that the United States file its opposition to Claimant's Motion to Dismiss and Strike by June 6, 2018, and Claimant's reply by June 19, 2018;

WHEREAS, the Court also directed the United States file its reply to Claimant's opposition to the United States' Motion to Stay on or before May 22, 2018;

WHEREAS, counsel for the parties met and conferred telephonically on May 7, 2018, and have continued to confer via

electronic mail since that time, to further discuss the possibility of addressing the United States' pending Motion to Stay and Claimant's pending Motion to Dismiss and Strike without the need for court intervention;

   NOW, THEREFORE, the United States and Claimant hereby stipulate and agree that:

   (1) By June 25, 2018, the United States shall file its reply to Claimant's opposition to the United States' Motion to Stay.  The hearing on the United States' Motion to Stay shall be continued from June 11, 2018, to July 16, 2018, or until such other time as the Court orders;

   (2) By July 13, 2018, the United States shall file its opposition to Claimant's Motion to Dismiss and Strike.  By July 30, 2018, Claimant shall file its reply to the United States'

/ / /

/ / /

1  opposition.  The hearing on Claimant's Motion to Dismiss and Strike
2  shall be continued from July 9, 2018, to August 13, 2018, or until
3  such other time as the Court orders.

4

5   Dated: May 18, 2018                Respectfully submitted,

6                                      DEBORAH CONNOR
7                                      Acting Chief, MLARS

8                                      NICOLA T. HANNA
                                       United States Attorney
9

10                                          /s/*Woo S. Lee*
                                       JOHN J. KUCERA
11                                     JONATHAN GALATZAN
                                       Assistant United States Attorneys
12

13                                     WOO S. LEE
                                       Deputy Chief, MLARS
14                                     JONATHAN BAUM
                                       BARBARA LEVY
15                                     Trial Attorneys, MLARS

16
                                       Attorneys for Plaintiff
17                                     UNITED STATES OF AMERICA

18
19   Dated: May 18, 2018               */s/ (per confirmation)*
                                       David B. Rivkin, Jr.
20                                     Jonathan R. Barr
                                       Jonathan B. New
21

22                                     Attorneys for Claimant
                                       TAREK OBAID
23

24

25

26

27

28

4