1  Dyanne J. Cho (SBN 306190)
   dcho@bakerlaw.com
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Blvd., Ste. 1400
3  Los Angeles, CA 90025
   Telephone:  310.820.8800
4  Facsimile:   310.820.8859

5  David B. Rivkin, Jr. (admitted *pro hac vice*)
   drivkin@bakerlaw.com
6  **BAKER & HOSTETLER LLP**
   1050 Connecticut Avenue, NW
7  Washington, D.C. 20036
   Telephone:  202.861.1500
8  Facsimile:   202.861.1783

9  *(additional counsel listed after caption)*

10 *Attorneys for Claimant*
   TAREK OBAID

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-CV-04446-DSF-PLA |
|---|---|
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **BAKER & HOSTETLER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID** |
| CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES, | |
| Defendant. | *[Concurrently filed with Declaration of David R. Rivkin and (Proposed) Order]* |
| | Hearing Date:  May 22, 2023<br>Time:  1:30 p.m.<br>Courtroom:  7D |

1

BAKER & HOSTETLER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID
CASE NO. 2:17-CV-04446-DSF-PLA

*(Additional Counsel of Record)*

Jonathan R. Barr (admitted *pro hac vice*)
jbarr@bakerlaw.com
Lee A. Casey (SBN 119568)
lcasey@bakerlaw.com
Elizabeth P. Foley (admitted *pro hac vice*)
efoley@bakerlaw.com
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  202.861.1500
Facsimile:   202.861.1783

Jonathan B. New (admitted *pro hac vice*)
jnew@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  212.589.4200
Facsimile:   212.549.4201

*Attorneys for Claimant*
TAREK OBAID

- 2 -

BAKER & HOSTETLER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID
CASE NO. 2:17-CV-04446-DSF-PLA

# NOTICE OF MOTION AND MOTION

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 22, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, Baker & Hostetler LLP ("Baker") will, and hereby does, move this Court pursuant to Central District of California Local Rule ("L.R.") 83-2.3.2 for an order granting Baker leave to withdraw as counsel of record for Claimant Tarek Obaid ("Mr. Obaid") in the above-captioned matter, Case No. 2:17-CV-04446-DSF-PLA (the "Motion"). This Motion is based on the following:

(1) Baker has been unable to communicate with Mr. Obaid regarding this action for more than five months; and

(2) Mr. Obaid has failed to make substantial payments to Baker for past due and outstanding invoices for services rendered in this action.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 and is premised upon this Notice, the Memorandum of Points and Authorities, and Declaration of David B. Rivkin, Jr. filed concurrently herewith, along with all pleadings and records on filed in this action, together with such oral and other arguments and documentary evidence as may be presented at the hearing on the Motion.

Dated: April 19, 2023

Respectfully Submitted,

BAKER & HOSTETLER LLP

By: */s/ Dyanne J. Cho*
David B. Rivkin, Jr. (admitted *pro hac vice*)
Dyanne J. Cho

Attorneys for Claimant TAREK OBAID

- 3 -

BAKER & HOSTETLER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID
CASE NO. 2:17-CV-04446-DSF-PLA

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.     INTRODUCTION AND FACTUAL BACKGROUND

Baker & Hostetler LLP ("Baker") hereby moves the Court for an order granting Baker leave to withdraw as counsel of record for Claimant Tarek Obaid ("Mr. Obaid"). Baker has represented Mr. Obaid from the filing of his verified claim in this matter and has drafted and filed numerous motions on Mr. Obaid's behalf. Declaration of David B. Rivkin, Jr. ("Rivkin Decl.") ¶ 2. In its representation of Mr. Obaid, Baker has filed a statement of interest and verified claim, a motion to dismiss, a motion to strike, reply briefs, a motion for reconsideration, an opposition to the Government's motion to stay and has fully litigated an appeal before the Ninth Circuit. *Id.* The Firm also filed a petition for certiorari to the U.S. Supreme Court. *Id.* Baker has also participated in multiple meet and confer sessions with counsel for the Government. *Id.* For longer than the past year, Mr. Obaid has failed to pay for Baker's services despite Baker's repeated requests for payment and continued zealous representation of Mr. Obaid. *Id.* ¶ 3.

Baker has also attempted on multiple occasions over the past five months to contact Mr. Obaid to discuss the status of the litigation, as well as to request that Mr. Obaid retain other counsel and have that counsel file a motion to appear in this litigation so that Baker may withdraw as counsel of record from the case. *Id.* ¶ 4. However, Mr. Obaid has refused to engage in any communications with Baker. *Id.* Baker first attempted to contact Mr. Obaid to no avail to discuss the issue of substituting out of the case a number of months ago. *Id.* Baker has also discussed the need for counsel to substitute in for Baker with the U.K. lawyers for Mr. Obaid from Armstrong Teasdale. *Id.* ¶ 5. For more than five months, Mr. Obaid has refused to engage in communication with Baker. *Id.* ¶ 4. Given the preceding events and the

- 4 -

BAKER & HOSTETLER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID
CASE NO. 2:17-CV-04446-DSF-PLA

breakdown in communication between Mr. Obaid and Baker, Baker is left with no choice but to bring the instant Motion.

Baker has given notice of its intent to file this Motion to Mr. Obaid, including through email to Mr. Obaid's U.K. counsel, Armstrong Teasdale, and to the Government. *Id.* ¶¶ 7, 8. The Government does not oppose the Motion. *Id.* ¶ 8.

## II.  GOOD CAUSE EXISTS FOR BAKER'S WITHDRAWAL

The Ninth Circuit generally permits counsel to withdraw when there has been a total breakdown of communication between the client and counsel and the ability of counsel to represent the client has been severely and detrimentally affected. *See, e.g.*, *Ringgold Corporation v. Worrall*, 880 F.2d 1138, 1139-1140 (9th Cir. 1989) (granting motion to withdraw under circumstances where the attorney had difficulty obtaining responses from his client to written correspondence or telephone calls). The Ninth Circuit has "made it abundantly clear in previous cases that litigants must make some reasonable effort to remain in contact with their attorneys and apprised of the status of their cases." *Virtual Vision, Inc. v. Praegitzer Industries, Inc.*, 124 F.3d 1140, 1145 (9th Cir. 1997) (granting an attorney's motion to withdraw where the attorney sent copies of various correspondence and notices of deposition to the client by fax and mail without receiving any response from the client). A client is "in part responsible for ensuring that he received communications from his attorney." *Id*. at 1144-45. This emphasis on the importance of client participation is reinforced in *United Artists Corp. v. La Cage Aux Folles, Inc.*, 771 F. 2d 1265 (9th Cir. 1985), where the Court condemned the litigant for his "lack of diligence in keeping abreast of the status of his case." *Id*. at 1270.

Although Central District of California Local Rule 83-2.3.2 states that failure of the client to pay agreed compensation is not necessarily sufficient to establish good cause for withdrawal of counsel, the Ninth Circuit has permitted withdrawal based on a client's failure to pay attorney's fees. *Ringgold*, 880 F.2d at 1140 (permitting

- 5 -

BAKER & HOSTETLER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID
CASE NO. 2:17-CV-04446-DSF-PLA

withdrawal of defense counsel where the client failed to pay his legal expenses). A client's failure to pay agreed-upon attorneys' fees is grounds for the Court to grant an attorney's motion to withdraw as counsel. *Darby v. City of Torrance*, 810 F.Supp. 275 (C.D. Cal. 1992).  Here, Mr. Obaid has failed to pay Baker's fees for several years, which can be a basis to give leave to withdraw.  Rivkin Decl. ¶ 3.  However, more importantly, Mr. Obaid has failed to respond to Baker's multiple requests to discuss the litigation, Mr. Obaid's lack of payment, and the need to substitute counsel for Baker, which are separate bases justifying withdrawal. *Id.* ¶ 4.

This matter is currently stayed pursuant to the Court's order, and there is no scheduled trial date. *Id.* ¶ 6.  Baker brings the instant Motion to be relieved as counsel of record now, when Mr. Obaid faces no pending deadlines, in order to allow time for Mr. Obaid to retain new counsel, should he so choose.

### III. CONCLUSION

For the foregoing reasons, Baker respectfully requests that the Court issue an Order granting Baker leave to withdraw as counsel of record for Mr. Obaid so that Mr. Obaid will have sufficient time to retain new counsel while the case remains stayed.

Dated: April 19, 2023

Respectfully Submitted,

BAKER & HOSTETLER LLP

By: */s/ Dyanne J. Cho*
    David B. Rivkin (admitted *pro hac vice*)
    Dyanne J. Cho
    *Attorneys for Claimant* TAREK OBAID

- 6 -

BAKER & HOSTETLER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID
CASE NO. 2:17-CV-04446-DSF-PLA

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-0509.

     On April 19, 2023, I served the foregoing document(s) described as: **BAKER & HOSTETLER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID**, on the interested parties in this action:

***VIA CM/ECF***
DEBORAH CONNOR, Chief Money Laundering and Asset Forfeiture Section (MLARS)
MARY BUTLER, Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA Y. LEVY, Trial Attorney
JOSHUA L. SOHN, Trial Attorney (CBN: 250105)
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W. 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263
Email: Joshua.Sohn@usdoj.gov
*Attorneys for Plaintiff*,
UNITED STATES OF AMERICA

***VIA E-MAIL***
Tarek Obaid
*Claimant*

***VIA E-MAIL***
ANDY KERMAN
Armstrong Teasdale
Royal College of Surgeons of England
38-43 Lincoln's Inn Fields
London, WC2A 3PE
Email: akerman@atllp.co.uk
*U.K. Attorneys for Claimant*
Tarek Obaid

☑ **By ELECTRONIC MAIL:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) indicated above.

☑ **By CM/ECF:** I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 19, 2023, at Los Angeles, California.

/s/ *Roxana Guevara*
Roxana Guevara