FILED
CLERK, U.S. DISTRICT COURT

5/15/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___pk___ DEPUTY

May 11, 2023

Hon. Dale S. Fischer
United States District Judge
United States District Court
Central District of California
First Street Courthouse,
350 West 1st Street, Courtroom 7D
Los Angeles, California 90012
U.S.A.

Re: Termination of Representation of Tarek Obaid in *United States v. Certain Rights to and Interests in Shares of Series D Preferred Stock in Palantir Technologies*, Civil Action No. 17-CV-4446-DSF (PLAx) (CDCA)

Dear Judge Fisher:

I have received David Rivkin's Motion to Withdraw as my attorney in this matter. I do not agree that he be allowed to withdraw from the case as he has been paid substantial sums to complete this litigation. If your Honor decides to permit him to do so, I would respectfully request that he be ordered to turn over my files; to provide an accounting of sums paid and earned and that I be given a reasonable amount of time to obtain new counsel.

I do not understand why Rivkin maintains that there has been a breakdown in communication. I was told that there was no need for day to day communication as nothing has happened in the matter for some considerable time. On 6 March, 2023, Rivkin wrote to my UK counsel, Anthony Kerman, and stated, "…there are currently no pressing deadlines in either litigation…"

In view of the foregoing circumstances, it is inappropriate for Baker & Hostetler to withdraw from the Palantir matter give that they have been paid invoices amounting to many millions of dollars.

I therefore would ask the following:

**Turn over Files to Successor Counsel**

I would respectfully ask that any withdrawal order contain a provision requiring Rivkin and his firm to turn over my files to successor counsel.

**Audit**

Rivkin claims that the reason for his withdrawal is my failure to pay his fees. Baker & Hostetler have been paid many millions of dollars. It is certainly true that I have limited

contact with Mr. Rivkin, primarily to stop his meter from running, but also because this matter is stayed in your Honor's Court.

**Time to Retain Successor Counsel**

If your Honor decides to grant Rivkin and his firm's motion to withdraw, I would respectfully request that I be given a reasonable time to secure successor counsel as your Honor determines.

I am under medical treatment in Switzerland where, and also due to legal proceedings here, I am not allowed to travel to the United States. I do not want to be unrepresented at the hearing scheduled for May 22nd.

Finally, I apologize for sending this letter if doing so causes offense to the Court or violates the local rules. My understanding is that the Clerk will not accept filings by parties who have representation, but here my counsel wishes to withdraw and I know of no other way to make my position known to your Honor.

Respectfully yours,

Tarek Essam Obaid

cc:

Via Email:

Dyanne J. Cho (SBN 306190)
dcho@bakerlaw.com
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859

David B. Rivkin, Jr. (admitted pro hac vice)
drivkin@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

Anthony D. Kerman, Esq.
Armstrong Teasdale
Royal College of Surgeons of England

38-43 Lincoln's Inn Fields
London, WC2A 3PE
Email: akerman@atllp.co.uk

Deborah Connor, Esq., Chief Money Laundering and Asset Forfeiture Section (MLARS)
Mary Butler, Esq., Chief, International Unit
Jonathan Baum, Esq., Senior Trial Attorney
Barbara Y. Levy, Esq., Trial Attorney
Joshua L. Sohn, Esq., Trial Attorney (CBN: 250105)
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W. 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263
Email: Joshua.Sohn@usdoj.gov
Attorneys for Plaintiff,
United States of America

ORIGIN ID:QLSA   412196221165
TAREK OBAID
MONTREUX PALACE HOTEL
2 AVENUE CLAUDE NOBS

MONTREUX, VD 1820
CH

SHIP DATE: 11MAY23
ACTWGT: 0.50 KG
CAD: 107790742/WSXI3000
DIMS: 29x21x1 CM

BILL SENDER

TO **CENTRAL DISTRICT OF CALIFORNIA HON.**
**UNITED STATES DISTRICT COURT**
**FIRST STREET COURTHOUSE**
**350 WEST 1ST STREET, COURTROOM 7D**
**LOS ANGELES CA 90012**
12138941565   REF:
INV:
PO:   DEPT:

(US)

583J3/2BC3/FE2D





TRK# 3981 6128 6312
0430

10:30A
INTL PRIORITY

**XW EMTA**

90012
CA-US   LAX





RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 15 2023

CENTRAL DISTRICT OF CALIFORNIA
                              DEPUTY