# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> CERTAIN RIGHTS TO AND INTERESTS IN SHARES OF SERIES D PREFERRED STOCK IN PALANTIR TECHNOLOGIES, Defendant. | CV 17-4446 (DSF) (PLAx) <br><br> Order Vacating Order Conditionally GRANTING Baker & Hostetler LLP's Motion to Withdraw as Counsel of Record for Claimant Tarek Obaid |

    The Court has received a belated objection to Baker & Hostetler LLP's Motion to Withdraw as Counsel of Record for Claimant Tarek Obaid. Dkt. 108. Baker & Hostetler is ordered to provide a reply no later than May 30, 2023. The Court's Order Conditionally Granting Baker & Hostetler LLP's Motion to Withdraw as Counsel of Record for Claimant Tarek Obaid is vacated.

IT IS SO ORDERED.

Date: May 17, 2023

Dale S. Fischer
United States District Judge