1   Dyanne J. Cho (SBN 306190)
    *dcho@bakerlaw.com*
2   **BAKER & HOSTETLER LLP**
    11601 Wilshire Blvd., Ste. 1400
3   Los Angeles, CA 90025
    Telephone:  310.820.8800
4   Facsimile:   310.820.8859

5   David B. Rivkin, Jr. (admitted *pro hac vice*)
    *drivkin@bakerlaw.com*
6   **BAKER & HOSTETLER LLP**
    1050 Connecticut Avenue, NW
7   Washington, D.C. 20036
    Telephone:  202.861.1500
8   Facsimile:   202.861.1783

9   (additional counsel listed after caption)

10  *Attorneys for Claimant*
    TAREK OBAID

11
                    UNITED STATES DISTRICT COURT
12
                  CENTRAL DISTRICT OF CALIFORNIA
13

14  UNITED STATES OF AMERICA,              Case No. 2:17-CV-04446-DSF-PLA

15                  Plaintiff,             **DECLARATION OF DAVID B.
                                           RIVKIN, JR. IN COMPLIANCE
16          v.                             WITH THE COURT'S JUNE 5,
                                           2023 ORDER GRANTING BAKER
17  CERTAIN RIGHTS TO AND                  & HOSTETLER LLP'S MOTION
    INTERESTS IN SHARES OF SERIES          TO WITHDRAW AS COUNSEL
18  D PREFERRED STOCK IN                   OF RECORD FOR CLAIMANT
    PALANTIR TECHNOLOGIES,                 TAREK OBAID [DKT. 111]**
19
                    Defendant.
20

21

22

23

24

25

26

27

28

Baker & Hostetler LLP
Attorneys at Law
Costa Mesa

*(Additional Counsel of Record)*

Jonathan R. Barr (admitted *pro hac vice*)
*jbarr@bakerlaw.com*
Lee A. Casey (SBN 119568)
*lcasey@bakerlaw.com*
Elizabeth Price Foley (admitted *pro hac vice*)
*efoley@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:   202.861.1500
Facsimile:   202.861.1783

Jonathan B. New (admitted *pro hac vice*)
*jnew@bakerlaw.com*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:   212.589.4200
Facsimile:   212.549.4201

*Attorneys for Claimant*
TAREK OBAID

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

## DECLARATION OF DAVID B. RIVKIN, JR.

I, David B. Rivkin, Jr., declare as follows:

1.      I am an attorney licensed to practice law in the District of Columbia, am partner of the law firm of Baker & Hostetler LLP (the "Firm"), attorneys of record for Claimant Tarek Obaid ("Mr. Obaid") in this forfeiture action, and am admitted *pro hac vice* to this Court to appear in this action.  I make this declaration in compliance with the Court's June 5, 2023 Order GRANTING Baker & Hostetler LLP's Motion to Withdraw as Counsel of Record for Claimant Tarek Obaid [Dkt. 111] and to inform Mr. Obaid of the contents herein.  I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

2.      On June 5, 2023, the Court entered its Order Granting the Firm's Motion to Withdraw as Counsel of Record for Claimant Tarek Obaid [Dkt. 111] ("Order").  Attached hereto as **Exhibit A** is a true and correct copy of the Order.

3.      As permitted by the Order, Mr. Obaid's current address is assumed to be the address noted on the FedEx tracking label: ███████████████████ ███████████████████████████ ("Address").  Upon information and belief, Mr. Obaid's last known telephone number is: ███████████.  The Address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney.

4.      There are no future, upcoming dates or deadlines set in the above-captioned action.

5.      Any individual appearing *pro se* will be required to comply with the Court's standing order, the Central District of California's Local Rules, the Federal Rules of Civil Procedure, and all other Federal Rules.

6.      The Firm can provide Mr. Obaid's case file to Mr. Obaid in hard copy or electronically via a secure FTP file.  If Mr. Obaid would like his case file in hard copy, he should provide the Firm with the name, address, and telephone number of

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 3 -

his new counsel to whom the Firm will FedEx a hard copy of Mr. Obaid's case file (or, if Mr. Obaid is electing to proceed *pro se*, provide the Firm with the address where he would like to receive a hard copy of his case file via FedEx). If Mr. Obaid would like his case file in electronic format via a secure FTP file, Mr. Obaid should provide the Firm with the name and e-mail address of his new counsel to whom the Firm will send an electronic copy of Mr. Obaid's case file via a secure FTP file (or, if Mr. Obaid is electing to proceed *pro se*, provide the Firm with the e-mail address where he would like to receive an electronic copy of his case file via secure FTP file).

7.    Although Mr. Obaid is proceeding *pro se*, i.e., without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

8.    The Court cannot provide legal advice to any party, including pro se litigants, i.e., parties who are not represented by a lawyer. There is a free "*Pro Se Clinic*" that can provide information and guidance about many aspects of civil litigation in this Court.

9.    Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

10.    *Pro se* litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

documents to the Clerk's Office. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

11.     Attorneys may not use EDSS to submit documents on behalf of their clients. Attorneys are required by the local rules to file documents electronically using the Court's CM/ECF System.

12.     As the Court noted in its Order, "[a]s [Mr.] Obaid is obviously represented by other counsel, service [of this declaration] on one of those other counsel will be deemed sufficient" service of the Order and this declaration.

13.     Effective on the date the Firm complies with the Order (*i.e.* the date that the Firm files this Declaration along with proof of service), Mr. Obaid will represent himself, and the docket will be amended to reflect the Address for Mr. Obaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2023, at Washington, D.C.

*David B. Rivkin, Jr.*
David B. Rivkin, Jr.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

# Exhibit A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>                    v.<br><br>CERTAIN RIGHTS TO AND<br>INTERESTS IN SHARES OF<br>SERIES D PREFERRED STOCK<br>IN PALANTIR TECHNOLOGIES,<br>        Defendant. | CV 17-4446 (DSF) (PLAx)<br><br>Order GRANTING Baker &<br>Hostetler LLP's Motion to<br>Withdraw as Counsel of Record<br>for Claimant Tarek Obaid (Dkt.<br>106) |

Baker & Hostetler LLP's Motion to Withdraw as Counsel of Record for Claimant Tarek Obaid was filed on April 19, 2023. Opposition was due on May 1, 2023. No opposition was filed and the Court had not received any timely pleadings or communications from Tarek Obaid.  The Court issued an order conditionally granting the motion.  However, on May 15, 2023, the Court received a letter from Mr. Obaid stating that he did not agree that Baker & Hostetter should be allowed to withdraw, arguing that there had been no breakdown in communications and he had paid the firm "substantial sums."

Having read and considered the Reply in support of the Motion, the Court again deems this matter appropriate for

decision without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local Rule
7-15.

Good cause has been shown.  The Reply confirms the
difficulties Baker & Hostetter has had communicating with Obaid,
and no grounds support denying the Motion.  Therefore, the Court
grants the Motion effective on the date that moving counsel files
and serves – on the client and all attorneys of record – a
declaration (in the form specified in 28 U.S.C. § 1746) that:

(1) Sets forth the client's current address and telephone
number.  As Baker & Hostetter has made more than reasonable
efforts to obtain this information, it may assume the address is
that noted on the FedEx tracking label unless it is immediately
provided with a different address by Obaid or his other counsel;

(2) Informs the client and all attorneys of record that the
stated address will be the address to which all future documents
will be served or sent until changed by appropriate notice or
substitution of attorney;

(3) Informs the client of all future dates now set in this
action, including, but not limited to, pre-trial conference related
dates, discovery cut-off dates, the motion cut-off date, and dates
relating to any pending discovery obligations;

(4)  Informs Obaid that any individual appearing <u>pro</u> <u>se</u> will
be required to comply with this Court's standing orders, this
District's Local Rules, the Federal Rules of Civil Procedure and all
other Federal Rules;

(5) Informs the client when and where the client may obtain
the client's case file, if it is not already in the client's possession;

(6) Informs the client of the following:

Although the client is proceeding *pro se*, *i.e.*, without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3.  The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer.  There is a free "*Pro Se Clinic*" that can provide information and guidance about many aspects of civil litigation in this Court.

Parties in court without a lawyer are called "pro se litigants."  These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  Pro se litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

*Pro se* litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

3

Attorneys may not use EDSS to submit documents on behalf of their clients. Attorneys are required by the local rules to file documents electronically using the Court's CM/ECF System.

Counsel must also provide a proof of service of this Order and the required declaration. As Obaid is obviously represented by other counsel, service on one of those other counsel will be deemed sufficient.

Failure to comply with the above requirements by June 23, 2023 will result in the denial of the Motion.

Effective on the date counsel complies with this Order, the client will represent himself, and the docket will be amended to reflect the address for the client as described in counsel's declaration.

IT IS SO ORDERED.

Date: June 5, 2023

Dale S. Fischer
Dale S. Fischer
United States District Judge

1

## CERTIFICATE OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-0509.

4

5

On June 13, 2023, I served the foregoing document(s) described as: **DECLARATION OF DAVID B. RIVKIN, JR. IN COMPLIANCE WITH THE COURT'S JUNE 5, 2023 ORDER GRANTING BAKER & HOSTETLER LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT TAREK OBAID [DKT. 111],** on the interested parties in this action:

6

7

8

9

***VIA CM/ECF***
DEBORAH CONNOR, Chief Money Laundering and Asset Forfeiture Section (MLARS)

10

MARY BUTLER, Chief, International Unit

11

JONATHAN BAUM, Senior Trial Attorney
BARBARA Y. LEVY, Trial Attorney

12

JOSHUA L. SOHN, Trial Attorney (CBN: 250105)

13

Criminal Division

14

United States Department of Justice

15

1400 New York Avenue, N.W. 10th Floor
Washington, D.C. 20530

16

Telephone: (202) 514-1263

17

Email: Joshua.Sohn@usdoj.gov
*Attorneys for Plaintiff,*

18

UNITED STATES OF AMERICA

19

20

***VIA FEDEX AND E-MAIL***
*Claimant* TAREK OBAID



***VIA FEDEX AND E-MAIL***
ANDY KERMAN
JAMES THORNDYKE
Armstrong Teasdale
Royal College of Surgeons of England
38-43 Lincoln's Inn Fields
London, WC2A 3PE
Email: akerman@atllp.co.uk;
jthorndyke@atllp.co.uk
*U.K. Attorneys for Claimant*
Tarek Obaid

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 6 -

☑ **By ELECTRONIC MAIL:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) indicated above.

☑ **By CM/ECF:** I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☑ **BY INTERNATIONAL PRIORITY EXPRESS DELIVERY:** by placing the document(s) listed above in a **FEDEX** sealed envelope, affixing a pre-paid air bill, and causing the envelope to be delivered to an **FEDEX** agent for international priority express delivery to the address(es) indicated above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 13, 2023, at Los Angeles, California.

/s/ *Roxana Guevara*
Roxana Guevara

CERTIFICATE OF SERVICE
CASE NO. 2:17-CV-04446-DSF-PLA

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA